UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DOCKET NO. 6:16CR00137-01 |
| VS. | : | JUDGE MINALDI |
| MIGUEL ROSALES-SANCHEZ (01)<br>aka "JUAN OBLIBIO"<br>aka "JUAN OUIDIO"<br>aka "SAMUEL GONZALES" | : | MAGISTRATE JUDGE KAY |

JUDGMENT

This matter was referred to Magistrate Judge Patrick J. Hanna for Report and Recommendation. The defendant waived his objections. The Court concludes that the Report and Recommendation of the Magistrate Judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

The guilty plea of the defendant, Miguel Rosales-Sanchez, IS ACCEPTED in accordance with the terms of the plea agreement filed in the record of these proceedings. IT IS THEREFORE ORDERED that Miguel Rosales-Sanchez is finally adjudicated guilty of the offense charged in Count One of the Indictment.

Lake Charles, Louisiana, this 14 day of September, 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE